UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD D. WARREN, JR. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:24-CV-233-FL |
| TYLER BRASWELL, and | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF INSURANCE, | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 2, 2024, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED.

**This judgment Filed and Entered on August 2, 2024, and Copies To:**
Julien D. Polk / Roderick Foxworth, Jr. (via CM/ECF Notice of Electronic Filing)
Daniel Snipes Johnson / Gina M. Von Oehsen Cleary / M. Denise Stanford (via CM/ECF Notice of Electronic Filing)


August 2, 2024                    PETER A. MOORE, JR., CLERK

                                   /s/Sandra K. Collins
                                  (By)Sandra K. Collins, Deputy Clerk